UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK VASQUEZ PAJAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No. 16-CV-00945-LHK<br><br>**ORDER REGARDING KING CITY'S MOTION TO DISMISS** |

In the Motion to Dismiss filed by King City, the King City Police Department, King City Police Chief Tony Sollecito, and Officer Steve Orozco (collectively, the "King City Defendants"), the King City Defendants assert that Tony Sollecito was not the King City Police Chief on January 19-20, 2015. ECF No. 32. In the Declaration of Cindy Pánuco in support of Plaintiffs' Opposition to the King City Motion to Dismiss, Ms. Pánuco represents that Plaintiffs were "amenable to dismissing Sollecito after confirming who was, in fact Chief on January 19." ECF No. 36-1 ¶ 5.

By Friday, June 24, 2016, the King City Defendants shall file an affidavit under penalty of perjury identifying who was the Chief of the King City Police Department on January 19-20, 2015. If dismissal of Tony Sollecito is appropriate in light of the King City Defendants' affidavit,

1

Plaintiffs shall file a stipulation of dismissal of Tony Sollecito by Tuesday, June 28, 2016.

**IT IS SO ORDERED.**

Dated: June 22, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge