UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK VASQUEZ PAJAS, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY, et al., <br><br>  Defendants. | Case No. 16-CV-00945-LHK <br><br> **CASE MANAGEMENT ORDER** |

Attorney for Plaintiffs: Joshua Piovia-Scott
Attorney for Defendants County of Monterey and Steve Bernal: Michael Philippi
Attorney for Defendants King City, King City Police Department, Tony Sollecito, and Steve Orozco: Vincent Hurley
Attorney for Defendants California Forensic Medical Group and Christina Kaupp: Alan Martini

An initial case management conference was held on June 23, 2016. A further case management conference is set for September 21, 2016 at 2:00 p.m. The parties shall file their joint case management statement by September 14, 2016.

The discovery limits of the Federal Rules of Civil Procedure shall apply in this case.

The Court referred the parties to a settlement conference with Magistrate Judge Cousins with a deadline of January 31, 2017.

The deadline for the parties to file their ESI discovery order for Judge Cousins' signature is July 21, 2016.

1

Case No. 16-CV-00945-LHK
CASE MANAGEMENT ORDER

Plaintiffs may file only one joint dispositive motion in the entire case. Defendants King City, King City Police Department, Tony Sollecito, and Steve Orozco (the King City Defendants) may file only one joint dispositive motion in the entire case. The page limits for the dispositive motions filed by Plaintiffs and by the King City Defendants shall be 25 pages for the motions, 25 pages for the oppositions, and 15 pages for the reply.

Defendants County of Monterey and Steve Bernal (the County Defendants), and California Forensic Medical Group and Christina Kaupp (the Medical Group Defendants) may file only one joint dispositive motion in the entire case. The page limits for the joint dispositive motion filed by the County Defendants and the Medical Group Defendants shall be 30 pages for the motion, 30 pages for the opposition, and 20 pages for the reply.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Further Case Management Conference | September 21, 2016 at 2:00 p.m. |
| Deadline to Complete Mediation | January 31, 2016 |
| Close of Fact Discovery | March 3, 2017 |
| Opening Expert Reports | March 17, 2017 |
| Rebuttal Expert Reports | April 7, 2017 |
| Close of Expert Discovery | May 5, 2017 |
| Last Day to File Dispositive Motions | Motions: June 12, 2017<br>Oppositions: June 26, 2017<br>Replies: July 10, 2017 |
| Hearing on Dispositive Motions | August 10, 2017 at 1:30 p.m. |
| Final Pretrial Conference | September 28, 2017 at 1:30 p.m. |
| Jury/Bench Trial | October 30, 2017 at 9:00 a.m. |
| Length of Trial | 9 days |

**IT IS SO ORDERED.**

Dated: June 23, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 16-CV-00945-LHK
CASE MANAGEMENT ORDER