Dan Stormer, Esq. [S.B. #101967]
Joshua Piovia-Scott, Esq. [S.B. #222364]
Cindy Pánuco, Esq. [S.B. #266921]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
           jps@hadsellstormer.com
           cpanuco@hadsellstormer.com

Lori Rifkin, Esq. [S.B. # 244081]
RIFKIN LAW OFFICE
P.O. Box 19169
Oakland, California 94619
Telephone: (415) 685-3591
Email: lrifkin@rifkinlawoffice.com

Attorneys for Plaintiffs

[Additional counsel cont. on next page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MARK VASQUEZ PAJAS, SR., deceased, by and through ROSEMARY LOPEZ, as Administrator; ROSEMARY LOPEZ; YVETTE PAJAS; MARK PAJAS, JR.; JANEL PAJAS; XAVIER PAJAS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; SHERIFF STEVE BERNAL, in his individual and official capacity; KING CITY; KING CITY POLICE DEPARTMENT; CHIEF TONY SOLLECITO, in his individual and official capacity; OFFICER STEVE OROZCO, in his individual and official capacity; CALIFORNIA FORENSIC MEDICAL GROUP; CHRISTINA KAUPP; and DOES 1-20,<br><br>Defendants. | Case No.: 16-CV-00945-LHK<br><br>[Assigned to the Honorable Lucy H. Koh – Courtroom 8]<br><br>**STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION FOR STANDARD LITIGATION**<br><br>Complaint filed:     February 25, 2016<br>Discovery Cut-Off:   March 3, 2017<br>Motion Cut-Off:      June 12, 2017<br>Trial Date:          October 30, 2017 |

[Additional Counsel cont. from first page]

CHARLES J. McKee, SBN 152458
County Counsel
MICHAEL R. PHILIPPI, SBN 120967
Deputy County Counsel
County of Monterey
168 West Alisal Street, Third Floor
Salinas, California 93901-2653
Telephone: (831) 755-5045
Facsimile: (831) 755-5283

Attorneys for Defendants COUNTY OF MONTEREY
and SHERIFF STEVE BERNAL

Vincent P. Hurley #111215
Ryan M. Thompson #292281
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
28 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendants
KING CITY, KING CITY POLICE DEPARTMENT,
CHIEF TONY SOLLECITO, and OFFICER STEVE OROZCO

David Sheuerman, SB. No. 78132
Alan L. Martini, SB No. 77316
SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN
A Professional Corporation
1033 Willow Street
San Jose, California 95125
Telephone (408) 288-9700
Facsimile (408) 295-9900
Emails: dsheuerman@smtlaw.com
        amartini@smtlaw.com

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL
GROUP, INC.; CHRISTINA KAUPP

## 1. PURPOSE

This Order will govern discovery of electronically stored information ("ESI") in this case as a supplement to the Federal Rules of Civil Procedure, this Court's Guidelines for the Discovery of Electronically Stored Information, and any other applicable orders and rules.

## 2. COOPERATION

The parties are aware of the importance the Court places on cooperation and commit to cooperate in good faith throughout the matter consistent with this Court's Guidelines for the Discovery of ESI.

## 3. LIAISON

The parties have identified liaisons to each other who are and will be knowledgeable about and responsible for discussing their respective ESI. Each e-discovery liaison will be, or have access to those who are, knowledgeable about the technical aspects of e-discovery, including the location, nature, accessibility, format, collection, search methodologies, and production of ESI in this matter. The parties will rely on the liaisons, as needed, to confer about ESI and to help resolve disputes without court intervention.

## 4. PRESERVATION

The parties have discussed their preservation obligations and needs and agree that preservation of potentially relevant ESI will be reasonable and proportionate. To reduce the costs and burdens of preservation and to ensure proper ESI is preserved, the parties agree that:

a) All ESI created or received between January 2010 through the date of trial will be preserved;

b) The parties agree that within 14 days of service of a Request for Production of Documents and/or Inspection under Federal Rule of Civil Procedure 34, the parties' ESI liaisons will meet and confer concerning the possible sources of ESI, the number and identity of the custodians whose ESI is to be searched, and a list of search terms and parameters.

c) Any party served with a Rule 34 Request for Production, agrees to make all reasonable efforts to produce an initial ESI response within the timeline for production, and to identify a date certain by which any remaining ESI will be produced thereafter.

///

**5.   SEARCH**

The parties agree that in responding to an initial Fed. R. Civ. P. 34 request, or earlier if appropriate, they will meet and confer on the timelines set forth supra in Section 4 (b)-(c), about methods to search ESI in order to identify ESI that is subject to production in discovery and filter out ESI that is not subject to discovery.

**6.   PRODUCTION FORMATS**

The parties agree to produce documents in ☒ PDF, ☒TIFF, ☒native and/or ☒paper or a combination thereof (check all that apply)] file formats. If particular documents warrant a different format, the parties will cooperate to arrange for the mutually acceptable production of such documents. The parties agree not to degrade the searchability of documents as part of the document production process.

**7.   PHASING**

When a party propounds discovery requests pursuant to Fed. R. Civ. P. 34, the parties agree to phase the production of ESI as appropriate, and on the dates agreed upon during the meet and confer process set forth supra in Section 4 (b)-(c).

**8.   DOCUMENTS PROTECTED FROM DISCOVERY**

a)   Pursuant to Fed. R. Evid. 502(d), the production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding. For example, the mere production of privileged or work-product-protected documents in this case as part of a mass production is not itself a waiver in this case or in any other federal or state proceeding.

b)   In compliance with the Fed. R. Civ. P. 26(b)(5)(A), the parties agree to produce privilege logs identifying any withheld documents and/or files on the same day as responsive documents and/or ESI files are due to be produced.

c)   The parties have reached a "clawback" agreement pursuant to Fed. R. Civ. P. 26(b)(5) and reserve rights to claw back inadvertently disclosed documents as follows: If a party inadvertently discloses privileged material during production of ESI, the producing party shall immediately notify any party that received the information of the privilege claim and basis for it. If the claim is contested by the

receiving party, it shall sequester the information and file it under seal along with a regularly noticed motion for a determination of the claim.

**9.    MODIFICATION**

This Stipulated Order may be modified by a Stipulated Order of the parties or by the Court for good cause shown.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: July 21, 2016                    HADSELL STORMER & RENICK LLP

By   /s/ Cindy Pánuco
           Dan Stormer
           Joshua Piovia-Scott
           Cindy Pánuco
Attorneys for Plaintiffs

Dated: July 21, 2016                    CHARLES J. McKEE
                                        County Counsel

By   /s/ Michael R. Philippi
           Michael R. Philippi,
           Deputy County Counsel
Attorneys for Defendants COUNTY OF
MONTEREY and SHERIFF SCOTT BERNAL

Dated: July 21, 2016                    LAW OFFICES OF VINCENT P. HURLEY
                                        A Professional Corporation

By   /s/ Vincent P. Hurley
           Vincent P. Hurley
Attorneys for Defendants
KING CITY, KING CITY POLICE DEPARTMENT,
CHIEF TONY SOLLECITO, and OFFICER STEVE
OROZCO

/ / /

/ / /

1 | Dated: July 21, 2016
2 |                                     SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN

                                    By  /s/ Alan Martini
                                        Alan Martini
                                    Attorneys for Defendants
                                    CALIFORNIA FORENSIC MEDICAL GROUP, INC.;
                                    CHRISTINA KAUPP

**IT IS ORDERED** that the forgoing Agreement is approved.

Dated: _____  _____
                                    Hon. Nathanael Cousins
                                    UNITED STATES MAGISTRATE JUDGE