Dan Stormer, Esq. [S.B. #101967]
Cindy Pánuco, Esq. [S.B. #266921]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        cpanuco@hadsellstormer.com

Joshua Piovia-Scott, Esq. [S.B. #222364]
Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (415) 685-3591
Facsimile:  (626) 577-7079
Email: jps@hadsellstormer.com
       lrifkin@hadsellstormer.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MARK VASQUEZ PAJAS, SR., deceased, by and through ROSEMARY LOPEZ, as Administrator; ROSEMARY LOPEZ; YVETTE PAJAS; MARK PAJAS, JR.; JANEL PAJAS; XAVIER PAJAS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; SHERIFF STEVE BERNAL, in his individual and official capacity; KING CITY; OFFICER STEVE OROZCO, in his individual and official capacity; CALIFORNIA FORENSIC MEDICAL GROUP; CHRISTINA KAUPP; and DOES 1-20,<br><br>Defendants. | Case No.: 16-CV-00945-BLF<br>[Related to Case No.:  CV-14-05481-BLF]<br><br>[Assigned to the Honorable Beth Labson Freeman - Courtroom 3]<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT THE FEBRUARY 14, 2017 FURTHER DISCOVERY HEARING<br><br>DATE:     February 14, 2017<br>TIME:     10:00 a.m.<br>CRTRM:  6<br><br>Complaint filed:     February 25, 2016<br>Discovery Cut-Off:   May 12, 2017<br>Motion Cut-Off:      June 12, 2017<br>Trial Date:          October 30, 2017 |

---

[~~PROP~~] ORDER GRANTING REQ TO APPEAR
TELEPHONICALLY AT 02-14-17 DISC. HEARING

Case No.: 16-CV-00945 -BLF

**[PROPOSED] ORDER**

Having considered Plaintiffs' Request to Appear Telephonically at the February 14, 2017 Further Discovery Hearing, IT IS HEREBY ORDERED that Plaintiffs' counsel Lori Rifkin has leave to appear telephonically at the February 14, 2017 Further Discovery Hearing.

Dated: February 13, 2017

*Susan van Keulen*
Honorable Susan van Keulen
United States Magistrate Judge