UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK VASQUEZ PAJAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>Defendants. | Case No.16-cv-00945-BLF (SVK)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' REQUEST OF MAY 19, 2017**<br><br>Re: Dkt. No. 136 |

The Court has reviewed the parties' submissions regarding production of electronically stored information ("ESI") and other documents by defendant County of Monterey (the "County"). Having addressed similar issues between Plaintiffs and both this and another defendant in this case,[1] the Court orders the County to complete its production of documents as set forth below. Plaintiffs seek a court-imposed deadline for completion of ESI production. Plaintiffs also seek production of 1) documents related to in-custody deaths at Monterey County Jail of individuals experiencing opiate, alcohol, or benzodiazepine withdrawal and/or detoxification; and 2) staffing shift reports for the time period of Pajas's incarceration. Finally, Plaintiffs request leave to move for sanctions.

In light of the nature and substance of the meet and confer efforts by both parties, the pending discovery cutoff of July 28, 2017, and the outstanding depositions, the County is ordered to produce all outstanding ESI identified by the search terms previously agreed upon by the parties no later than by **June 16, 2017**. If the County's ESI production is already complete, it is to provide written confirmation of that fact to the Court and to Plaintiffs no later than **June 2, 2017**.

---

[1] *See* ECF 91, 95, 96, 102, 103, 104, 105, 108, 109, 110, 116, 130.

The County is further ordered to produce all documents relating to in-custody deaths of individuals experiencing opiate, alcohol, or benzodiazepine withdrawal and/or detoxification during the relevant time period, not just documents relating to in-custody deaths of inmates undergoing any detox treatment program for opiate, alcohol, or benzodiazepine withdrawal and/or detoxification at the time of his or her death. The County must complete this production by **June 16, 2017**. If the County's production of documents responsive to this request is already complete, it is to provide written confirmation of that fact to the Court and to Plaintiffs no later than **June 2, 2017.**

Plaintiffs' request for staffing shift reports is denied because the County has stated that the documents do not exist, and Plaintiffs do not dispute this position. Plaintiffs' request for leave to file a motion for sanctions is denied.

The Court sets a status call for **June 22, 2017, at 10 a.m.** to ensure the County has complied with the above deadlines. If the Parties agree that no such call is necessary, they may so inform the Court.

**SO ORDERED.**

Dated: 5/31/2017

_____
SUSAN VAN KEULEN
United States Magistrate Judge