**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARK VASQUEZ PAJAS, et al., | Case No. 16-cv-00945-BLF |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| COUNTY OF MONTEREY, et al., | |
| Defendants. | |

In accordance with the jury's verdict filed on February 15, 2019, and attached hereto,

It is hereby ordered and adjudged that Plaintiffs Estate of Mark Vasquez Pajas, Sr., Rosemary Lopez, Yvette Pajas, Mark Pajas, Jr., Janel Pajas, and Xavier Pajas take nothing by this action from Defendants California Forensic Medical Group and Christina Kaupp,

and that

Judgment is hereby entered for Defendants California Forensic Medical Group and Christina Kaupp, and against Plaintiffs Estate of Mark Vasquez Pajas, Sr., Rosemary Lopez, Yvette Pajas, Mark Pajas, Jr., Janel Pajas, and Xavier Pajas.

Dated: February 20, 2019

_____
BETH LABSON FREEMAN
United States District Judge