UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK VASQUEZ PAJAS, et al., | Case No. 16-cv-00945-BLF |
| Plaintiffs, | |
| v. | **VERDICT FORM** |
| COUNTY OF MONTEREY, et al., | |
| Defendants. | |

# JURY VERDICT FORM

We, the jury, unanimously find as follows:

I. DENIAL OF ADEQUATE MEDICAL CARE

1. Did Plaintiffs prove by a preponderance of the evidence that Defendants' employees denied adequate medical care to Mark Pajas, Sr. in violation of his rights under the Fourteenth Amendment to the United States Constitution?

    __X__ YES  _____ NO

2. Did Plaintiffs prove by a preponderance of the evidence that Defendant CHRISTINA KAUPP was deliberately indifferent to the serious medical needs of Mark Pajas, Sr., and that this caused harm to Mark Pajas, Sr.?

    _____ YES  __X__ NO

3. If you answered "YES" to Question 1, did Plaintiffs prove by a preponderance of the evidence that a policy, practice, custom, and/or failure to train of Defendants CFMG and/or the County of Monterey was the moving force in the denial of adequate medical care, and that this caused harm to Mark Pajas, Sr.?

    CALIFORNIA FORENSIC MEDICAL GROUP     _____ YES  __X__ NO

    COUNTY OF MONTEREY                    __X__ YES  _____ NO

    **Go to Question 4.**

II. FAILURE TO PROTECT FROM HARM

4. Did Plaintiffs prove by a preponderance of the evidence that Defendants' employees failed to protect Mark Pajas, Sr. in violation of his rights under the Fourteenth Amendment to the United States Constitution?

    _____ YES  __X__ NO

5. Did Plaintiffs prove by a preponderance of the evidence that Defendant CHRISTINA KAUPP was deliberately indifferent in failing to protect Mark Pajas, Sr., and that this caused harm to Mark Pajas, Sr?.

    _____ YES  __X__ NO

6. If you answered "YES" to Question 4, did Plaintiffs prove by a preponderance of the evidence that a policy, practice, custom, and/or failure to train of Defendants CFMG and/or the County of Monterey was the moving force in the failure to protect, and that this caused harm to Mark Pajas, Sr.?

    CALIFORNIA FORENSIC MEDICAL GROUP     _____ YES  _____ NO

    COUNTY OF MONTEREY                    _____ YES  _____ NO

    **If you answered "YES" to Questions 2, 3, 5 and/or 6 above, go to Question 7. Otherwise, go to Question 8.**

III. INTERFERENCE WITH FAMILIAL RELATIONS

7. For any Defendant you found liable under Sections I and/or II above, did Plaintiffs prove by a preponderance of the evidence that the Defendant's actions violated Plaintiffs' rights to familial relationships under the Fourteenth Amendment to the United States Constitution?

CHRISTINA KAUPP             _____YES   __X__NO

CALIFORNIA FORENSIC MEDICAL GROUP   _____YES   __X__NO

COUNTY OF MONTEREY          __X__YES   _____NO

**Go to Question 8.**

IV. WRONGFUL DEATH

8. If you found that CHRISTINA KAUPP's and/or CFMG employees' acts were deliberately indifferent, did the deliberate indifference result in CFMG acting wrongfully towards Mark Pajas, Sr.?

_____YES   __X__NO

9. If you answered "Yes" to Question 8, was CFMG's wrongful act the cause of Mark Pajas, Sr.'s death?

_____YES   _____NO

**If you answered "NO" to Questions 1, 2, 3, 4, 5, 6, 7, 8 and 9, then skip Section V and sign and date this form.**

**If you answered "YES" to Questions 2, 3, 5, 6, 7 and/or 9, please answer Questions 10, 11 and 12.**

V. DAMAGES

10. What do you find to be the total amount of damages suffered by each of the following Plaintiffs?

    a. ESTATE OF MARK PAJAS, SR.

       Amount:    $ 0

    b. ROSEMARY LOPEZ

       Amount:    $ 100,000

    c. YVETTE PAJAS

       Amount:    $ 375,000

    d. MARK PAJAS, JR.

       Amount:    $ 375,000

e.  JANEL PAJAS

Amount:  $ 375,000

f.  XAIVER PAJAS

Amount:  $ 375,000

**Go to Question 11.**

11. With respect to your findings on Questions 2, 3, 5, 6, and/or 7 for denial of adequate medical care, failure to protect, and/or interference with familial relations, do you find that Plaintiffs proved by a preponderance of the evidence that any of the following Defendants acted with malice, oppression, or reckless disregard for Plaintiffs' rights?

CALIFORNIA FORENSIC MEDICAL GROUP   ___ YES   _X_ NO

CHRISTINA KAUPP   ___ YES   _X_ NO

12. With respect to your finding on Question 9 for wrongful death, do you find that Plaintiffs proved by clear and convincing evidence that the following Defendant acted with malice, oppression, or reckless disregard for Plaintiffs' rights?

CALIFORNIA FORENSIC MEDICAL GROUP   ___ YES   _X_ NO

VI.  SIGN AND DATE THE SPECIAL VERDICT FORM

Signed: *Alyssa J Olson*

Foreperson of the Jury: Alyssa J Olson

Dated: 2/7/19

After this verdict form has been signed and dated, please submit a Jury Note to the Court Security Officer notifying the Court that the Jury has reached a verdict. Please return the verdict form to the Courtroom Deputy.

-3-

Case No.: 16-CV-00945-BLF