1  Alan L. Martini, SB No. 77316
   SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN
2  A Professional Corporation
   1033 Willow Street
3  San Jose, California 95125
   Telephone (408) 288-9700
4  Facsimile (408) 295-9900
   Email: amartini@smtlaw.com
5
   Attorneys for Defendants
6  CALIFORNIA FORENSIC MEDICAL
   GROUP, INC.; CHRISTINA KAUPP
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 ESTATE OF MARK VASQUEZ PAJAS, SR.,   ) Case No.: 16-CV-00945 BLF
   deceased, by and through ROSEMARY LOPEZ, as )
12 Administrator; ROSEMARY LOPEZ; YVETTE )[Assigned to the Honorable Beth Labson
   PAJAS; MARK PAJAS, JR.; JANEL PAJAS; )Freeman]
13 XAVIER PAJAS,                         )
                                         )**DECLARATION OF ALAN L. MARTINI IN**
14                Plaintiffs,            )**SUPPORT OF DEFENDANTS,**
                                         )**CALIFORNIA FORENSIC MEDICAL**
15 v.                                    )**GROUP, INC. AND CHRISTINA KAUPP'S**
                                         )**DOCUMENTATION IN SUPPORT OF**
16 COUNTY OF MONTEREY; SHERIFF STEVE     )**BILL OF COSTS**
   BERNAL, in his individual and official capacity; )
17 KING CITY; KING CITY POLICE          )**Hearing Date: 12/6/2018**
   DEPARTMENT; CHIEF TONY SOLLECITO, in  )**Time: 1:30 p.m.**
18 his individual and official capacity; OFFICER )**Courtroom: 3 - 5th Floor**
   STEVE OROZCO, in his individual and official )
19 capacity; CALIFORNIA FORENSIC MEDICAL )**Trial Date: January 28, 2019**
   GROUP; CHRISTINA KAUPP; and DOES 1-20, )
20                                        )
                Defendants.               )
21 _____)

22

23

24     I,      ALAN L. MARTINI, declare as follows:

25     I declare under penalty of perjury that the foregoing costs are correct and were necessarily

26 incurred in this action and that the services for which fees have been charged were actually and

27 necessarily performed.

28

**c.    DEPOSITIONS**

| COURT REPORTER | DEPONENT | COST |
|---|---|---|
| Absolute Court Reporters | Mark Vasquez Pajas, Jr. | $   349.80 |
| Absolute Court Reporters | Rosemary Lopez | $   267.40 |
| Barkley Court Reporters | Steve Orozco | $ 1,330.11 |
| Absolute Court Reporters | Xavier Pajas | $   241.10 |
| Absolute Court Reporters | Janel Pajas | $   194.60 |
| Court Reporters Unlimited | Christina Kaupp (2/28/17) | $ 1,093.85 |
| Court Reporters Unlimited | David Hustedt | $   572.35 |
| Talty Court Reporters, Inc. | Yvette Pajas | $   298.20 |
| Court Reporters Unlimited | Captain Jim Bass | $   847.45 |
| Court Reporters Unlimited | Officer Luis Miguel Serrano | $ 1,011.30 |
| Court Reporters Unlimited | Dr. Eliudo Garcia | $   683.30 |
| Court Reporters Unlimited | Christina Kaupp (3/28/17) | $   531.45 |
| Court Reporters Unlimited | Kristina Russum, RN | $   584.70 |
| Court Reporters Unlimited | Deputy Silva | $   646.45 |
| Court Reporters Unlimited | Detective Bret Speirs | $   674.80 |
| Court Reporters Unlimited | Deputy Miranda | $   554.20 |
| Court Reporters Unlimited | Deputy Catherine McGrew | $   636.35 |
| Court Reporters Unlimited | Officer Jeffrey Colon | $   452.55 |
| Court Reporters Unlimited | Deputy Nora Quintero | $   612.30 |
| Court Reporters Unlimited | Deputy Steven Bernal | $   599.55 |
| Court Reporters Unlimited | Sgt. Kathleen Palazzolo | $   960.70 |
| Court Reporters Unlimited | Lenard Vare | $ 1,299.22 |
| Absolute Court Reporters | Dr. Marc Stern | $   506.60 |
| Barkley Court Reporters | Teri Ransbury | $   494.20 |
| Esquire | Larissa J. Mooney, MD | $   417.45 |
| Barkley Court Reporters | Harlan Watkins, MD | $ 1,893.25 |
| Barkely Court Reporters | Neal Benowitz, MD | $   713.96 |
| Buell Real Time Reporting | Daniel Wasserman, MD | $ 1,128.45 |
| Court Reporters Unlimited | Commander Willis | $   379.25 |

| Court Reporters Unlimited | Captain Bass, Volume II | $    565.00 |
| Court Reporters Unlimited | Kimberly Pearson, RN | $    681.00 |
| | **TOTAL:** | **$ 21,220.89** |

True and correct copies of the invoices from the court reporters are attached hereto as **Exhibit A.**

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct, and as to those matters stated on my information and belief, I believe them to be true, and if called upon to testify to the matters herein, I can competently testify thereto.

Executed this 6th day of March, 2019, at San Jose, California.

_____
ALAN L. MARTINI

# EXHIBIT A

RECEIVED DEC 27 2016

# INVOICE



**ABSOLUTE**

**COURT REPORTERS**

787 Munras Ave, Suite 200
Monterey, CA 93940
831-649-3110

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5361 | 12/21/2016 | 2298 |
| **Job Date** | **Case No.** | |
| 12/8/2016 | CV 16-00945-LHK | |
| **Case Name** | | |
| Estate of Mark Vasquez Pajas, Sr., deceased, et al v. County of Monterey, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini, Esq.
Sheuerman Martini Tabari Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

---

ORIGINAL AND 1 CERTIFIED VIDEOTAPED  TRANSCRIPT OF DEPOSITION OF:

   Mark Vasquez Pajas,Jr                                        349.80

                     **TOTAL DUE >>>**       **$349.80**

---

**Tax ID: 81-2595012**                                     Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini, Esq.
Sheuerman Martini Tabari Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

| | | |
|---|---|---|
| Job No. | : 2298 | BU ID   :1-MAIN |
| Case No. | : CV 16-00945-LHK | |
| Case Name | : Estate of Mark Vasquez Pajas, Sr., deceased, et al v. County of Monterey, et al. | |
| Invoice No. | : 5361 | Invoice Date :12/21/2016 |
| **Total Due** | **: $ 349.80** | |

Remit To: **Absolute Court Reporters**
         **787 Munras Avenue, Suite 200**
         **Monterey, CA 93940**

| PAYMENT WITH CREDIT CARD | AMEX  MASTERCARD  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



**ABSOLUTE**

**COURT REPORTERS**

787 Munras Ave, Suite 200
Monterey, CA 93940
831-649-3110

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5369 | 1/6/2017 | 2316 |
| **Job Date** | **Case No.** | |
| 12/20/2016 | CV 16-00945-LHK | |
| **Case Name** | | |
| Estate of Mark Vasquez Pajas, Sr., deceased, et al v. County of Monterey, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini, Esq.
Sheuerman Martini Tabari Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

---

1 CERTIFIED VIDEOTAPED  TRANSCRIPT OF DEPOSITION OF:

   Rosemary Lopez                                                                             267.40

                                                      **TOTAL DUE  >>>**          **$267.40**

ENTERED ON: 12317
BY:

---

**Tax ID:** 81-2595012                                                        Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini, Esq.
Sheuerman Martini Tabari Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

Job No.      : 2316            BU ID      :1-MAIN
Case No.    : CV 16-00945-LHK
Case Name  :  Estate of Mark Vasquez Pajas, Sr., deceased, et
                      al v. County of Monterey, et al.
Invoice No.  : 5369            Invoice Date :1/6/2017
**Total Due  :  $ 267.40**

Remit To:  **Absolute Court Reporters**
               **787 Munras Avenue, Suite 200**
               **Monterey, CA  93940**

| PAYMENT WITH CREDIT CARD | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 501985 | 1/24/2017 | 418222 |

| Job Date | Case No. |
|---|---|
| 1/12/2017 | |

| Case Name |
|---|
| Pajas v. The County of Monterey |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

**BARKLEY**
Court Reporters
barkley.com

10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923
Tel 800.222.1231 · Fax 877.844.7333

Alan Martini, Esq.
Sheuerman, Martini, Tabari, Zenere & Garvin, APC
1033 Willow Street
San Jose CA  95125

| | |
|---|---|
| 1 Certified Copy/Index transcript of deposition of: | |
| Steve Orozco | 1,330.11 |
| | **TOTAL DUE  >>>**         $1,330.11 |

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

*OK*

*2/2/17* *ᴍ*

Tax ID: 95-3312349                                    Phone: 408-288-9700   Fax:408-295-9900

*Please detach bottom portion and return with payment.*

Alan Martini, Esq.
Sheuerman, Martini, Tabari, Zenere & Garvin, APC
1033 Willow Street
San Jose CA  95125

Job No.     : 418222          BU ID     : .BCR - LA
Case No.    :
Case Name   : Pajas v. The County of Monterey

Invoice No. : 501985          Invoice Date : 1/24/2017
**Total Due  : $ 1,330.11**

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date:          Phone#: | | |
| Billing Address: | | |
| Zip:          Card Security Code: | | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

Remit To: **Barkley Court Reporters**
         **10350 Santa Monica Blvd., Suite 200**
         **Los Angeles CA  90025-6923**

# INVOICE *OK*

**ABSOLUTE**

787 Munras Ave, Suite 200
Monterey, CA 93940
831-649-3110

**COURT REPORTERS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5470 | 2/27/2017 | 2444 |

| Job Date | Case No. | |
|---|---|---|
| 2/13/2017 | CV 16-00945-LHK | |

| Case Name | | |
|---|---|---|
| Estate of Mark Vasquez Pajas, Sr., deceased, et al v. County of Monterey, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Alan L. Martini, Esq.
Sheuerman Martini Tabari Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Xavier Paja                                     241.10

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Janel Pajas                                     194.60

**TOTAL DUE  >>>**     **$435.70**

ENTERED ON 3|1|17
BY:

---

**Tax ID: 81-2595012**

Phone: 408-288-9700    Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini, Esq.
Sheuerman Martini Tabari Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

Job No.    : 2444         BU ID      : 1-MAIN
Case No.   : CV 16-00945-LHK
Case Name : Estate of Mark Vasquez Pajas, Sr., deceased, et
               al v. County of Monterey, et al.
Invoice No. : 5470         Invoice Date : 2/27/2017
**Total Due**   : **$ 435.70**

Remit To: **Absolute Court Reporters**
        **787 Munras Avenue, Suite 200**
        **Monterey, CA  93940**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

RECEIVED MAR 10 2017

# INVOICE

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA 91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29291 | 3/8/2017 | 35747 |
| Job Date | | Case No. |
| 2/28/2017 | | |

| Case Name |
|---|
| Pajas vs County of Monterey |

| Payment Terms |
|---|
| Due upon receipt |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

OK

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Christina Kaupp | | 958.85 |
| Major Exhibit Copying | 1.00 | 85.00 |
| Administrative Fee- Certified Copy | 1.00 | 50.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| DAVID HUSTEDT | | 487.35 |
| Major Exhibit Copying | 1.00 | 85.00 |
| | TOTAL DUE >>> | $1,666.20 |

Thank you for calling us for your court reporting needs. We appreciate your business. As always, we look forward to assisting you for future court reporting, transcription, legal videography and videoconferencing needs.

3/30/17

Tax ID: 35-2578953                                                    Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

Invoice No.    :  29291
Invoice Date  :  3/8/2017
**Total Due**    :  **$ 1,666.20**

Remit To:  **Court Reporters Unlimited**
           **301 North Lake Avenue**
           **Suite 150**
           **Pasadena, CA  91101**

Job No.      :  35747
BU ID        :  CRU
Case No.     :
Case Name    :  Pajas vs County of Monterey

RECEIVED MAR 1 7 2017 **I N V O I C E**

Talty Court Reporters, Inc.
2131 The Alameda, Suite D
San Jose, CA 95126
Phone:408-244-1900  Fax:408-244-1374

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 171665 | 3/15/2017 | 97853 |

| Job Date | Case No. | |
|---|---|---|
| 2/22/2017 | CV 16-00945-LHK | |

| Case Name | | |
|---|---|---|
| Estate of Mark Vasquez Pajas, Sr., et al. v. County of Monterey, et al. | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

| Payment Terms |
|---|
| Due upon receipt |

1 CERTIFIED COPY OF TRANSCRIPT OF:
Yvette Pajas                                                                    298.20

                                          TOTAL DUE >>>            **$298.20**
                                          AFTER 4/14/2017 PAY        $313.11

Thank you; we appreciate your business!

_ok_

_3/20/17_

Tax ID: 94-2232944

_Please detach bottom portion and return with payment._

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

Job No.      : 97853            BU ID     : 1-TALTY
Case No.     : CV 16-00945-LHK
Case Name  : Estate of Mark Vasquez Pajas, Sr., et al. v.
                    County of Monterey, et al.
Invoice No.  : 171665            Invoice Date : 3/15/2017
**Total Due  : $ 298.20**
AFTER 4/14/2017 PAY $313.11

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Talty Court Reporters, Inc.**
                **2131 The Alameda, Suite D**
                **San Jose, CA 95126**

RECEIVED MAR 27 2017

# INVOICE

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA 91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29375 | 3/21/2017 | 35550 |
| **Job Date** | | **Case No.** |
| 2/10/2017 | 16-CV-00945-LHK | |
| | **Case Name** | |
| Pajas vs County of Monterey | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Captain Jim Bass - EXPERT WITNESS | 847.45 |
| **TOTAL DUE >>>** | **$847.45** |

Thank you for your business.

ENTERED ON: 4/4/17

**Tax ID:** 35-2578953                          Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

Invoice No.    : 29375
Invoice Date  : 3/21/2017
**Total Due**    : **$ 847.45**

Remit To: **Court Reporters Unlimited**
          **301 North Lake Avenue**
          **Suite 150**
          **Pasadena, CA 91101**

Job No.    : 35550
BU ID      : CRU
Case No.   : 16-CV-00945-LHK
Case Name  : Pajas vs County of Monterey

# INVOICE

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA 91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29506 | 4/18/2017 | 35785 |
| **Job Date** | **Case No.** | |
| 3/16/2017 | 16-CV-00945-LHK | |
| **Case Name** | | |
| Pajas vs County of Monterey | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

Officer Luis Miguel Serrano
1,011.30

**TOTAL DUE >>>**   **$1,011.30**

Thank you for your business.

OK

ENTERED ON 4/28/17
BY:

---

Tax ID: 35-2578953

Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

| | | |
|---|---|---|
| Invoice No. | : | 29506 |
| Invoice Date | : | 4/18/2017 |
| **Total Due** | : | **$ 1,011.30** |

Remit To: **Court Reporters Unlimited**
**301 North Lake Avenue**
**Suite 150**
**Pasadena, CA 91101**

| | | |
|---|---|---|
| Job No. | : | 35785 |
| BU ID | : | CRU |
| Case No. | : | 16-CV-00945-LHK |
| Case Name | : | Pajas vs County of Monterey |

# INVOICE

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA 91101
Phone:(626) 796-1996    Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29509 | 4/18/2017 | 35878 |
| **Job Date** | **Case No.** | |
| 3/21/2017 | 16-CV-00945-LHK | |
| **Case Name** | | |
| Pajas vs County of Monterey | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Dr. Eluido Garcia                                         683.30

                                           **TOTAL DUE >>>**       **$683.30**

Thank you for your business.

OK

ENTERED ON: 4/27/17
BY:

**Tax ID: 35-2578953**                                       Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

Invoice No.   :  29509
Invoice Date  :  4/18/2017
**Total Due**    :  **$ 683.30**

Remit To: **Court Reporters Unlimited**
           **301 North Lake Avenue**
           **Suite 150**
           **Pasadena, CA 91101**

Job No.     :  35878
BU ID      :  CRU
Case No.   :  16-CV-00945-LHK
Case Name  :  Pajas vs County of Monterey

# I N V O I C E

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA  91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29565 | 4/27/2017 | 35895 |
| **Job Date** | **Case No.** | |
| 3/28/2017 | 16-CV-00945-LHK | |
| **Case Name** | | |
| Pajas vs County of Monterey | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Christina Kaupp                        531.45
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Kristina Russum, RN               584.70

**TOTAL DUE  >>>**     **$1,116.15**

Thank you for your business.

*OK*

*ENTERED ON 5/3/17*
*BY:*

**Tax ID:** 35-2578953

Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

Invoice No.   :  29565
Invoice Date  :  4/27/2017
**Total Due**    :  **$ 1,116.15**

Remit To: **Court Reporters Unlimited**
         **301 North Lake Avenue**
         **Suite 150**
         **Pasadena, CA  91101**

Job No.     :  35895
BU ID      :  CRU
Case No.    :  16-CV-00945-LHK
Case Name  :  Pajas vs County of Monterey

# INVOICE

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA 91101
Phone:(626) 796-1996  Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29624 | 5/22/2017 | 35980 |
| **Job Date** | **Case No.** | |
| 4/19/2017 | 16-CV-00945-LHK | |
| **Case Name** | | |
| Pajas vs County of Monterey | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini
Sheueman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

1 CERTIFIED COPY OF TRANSCRIPT OF:

Deputy Rocio Silva                                                                                    646.45

                                                     **TOTAL DUE >>>**              **$646.45**

Thank you for your business.

Reporter:  Talty

                                                     (-) Payments/Credits:              0.00
                                                     (+) Finance Charges/Debits:       0.00
                                                     (=) New Balance:                $646.45

ENTERED ON: 6/26/17
BY:

Tax ID: 35-2578953                                                        Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheueman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

| | | |
|---|---|---|
| Invoice No. | : | 29624 |
| Invoice Date | : | 5/22/2017 |
| **Total Due** | : | **$646.45** |

| | | |
|---|---|---|
| Job No. | : | 35980 |
| BU ID | : | CRU |
| Case No. | : | 16-CV-00945-LHK |
| Case Name | : | Pajas vs County of Monterey |

Remit To:  **Court Reporters Unlimited**
           **301 North Lake Avenue**
           **Suite 150**
           **Pasadena, CA 91101**

# INVOICE

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA  91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29694 | 6/8/2017 | 35981 |
| **Job Date** | **Case No.** | |
| 4/20/2017 | 16-CV-00945-LHK | |
| **Case Name** | | |
| Pajas vs County of Monterey | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Detective Bret Speirs | 674.80 |
| | **TOTAL DUE  >>>**        **$674.80** |

Thank you for your business.

Talty

ENTERED ON 6/28/17
BY:

Tax ID: 35-2578953                                              Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

Invoice No.   :  29694
Invoice Date  :  6/8/2017
**Total Due**    :  **$ 674.80**

Remit To: **Court Reporters Unlimited**
**301 North Lake Avenue**
**Suite 150**
**Pasadena, CA  91101**

Job No.     :  35981
BU ID       :  CRU
Case No.    :  16-CV-00945-LHK
Case Name   :  Pajas vs County of Monterey

RECEIVED JUL 2 1 2017

# INVOICE

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA  91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29831 | 7/6/2017 | 36145 |
| **Job Date** | **Case No.** | |
| 5/26/2017 | 16-CV-00945-LHK | |
| **Case Name** | | |
| Pajas vs County of Monterey | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    DEPUTY ALEJANDRO MIRANDA, May 26, 2017                                554.20

                                                    TOTAL DUE  >>>          $554.20

Thank you for your business.

OK

ENTERED ON: 7/31/17

---

**Tax ID:** 35-2578953                                           Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

Invoice No.   :  29831
Invoice Date  :  7/6/2017
**Total Due**    :  **$ 554.20**

Remit To: **Court Reporters Unlimited**
          **301 North Lake Avenue**
          **Suite 150**
          **Pasadena, CA  91101**

Job No.     :  36145
BU ID       :  CRU
Case No.    :  16-CV-00945-LHK
Case Name   :  Pajas vs County of Monterey

RECEIVED AUG 0 3 2017

# INVOICE

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA  91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29917 | 8/1/2017 | 36143 |
| **Job Date** | **Case No.** | |
| 6/14/2017 | 16-CV-00945-LHK | |
| **Case Name** | | |
| Pajas vs County of Monterey | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

1 CERTIFIED COPY OF TRANSCRIPT OF:

   Deputy Catherine McGrew                  554.20

                **TOTAL DUE  >>>       $554.20**

Thank you for your business.

                **(-) Payments/Credits:**     0.00
                **(+) Finance Charges/Debits:**   0.00
                **(=) New Balance:     $554.20**

ENTERED ON: 8/1/17

OK

**Tax ID:** 35-2578953                                    Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

| | | |
|---|---|---|
| Invoice No. | : | 29917 |
| Invoice Date | : | 8/1/2017 |
| **Total Due** | **:** | **$ 554.20** |

Remit To: **Court Reporters Unlimited**
         **301 North Lake Avenue**
         **Suite 150**
         **Pasadena, CA  91101**

| | | |
|---|---|---|
| Job No. | : | 36143 |
| BU ID | : | CRU |
| Case No. | : | 16-CV-00945-LHK |
| Case Name | : | Pajas vs County of Monterey |

RECEIVED SEP 0 7 2017      # I N V O I C E

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA  91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30071 | 9/2/2017 | 36143 |

| Job Date | Case No. |
|---|---|
| 6/14/2017 | 16-CV-00945-LHK |

| Case Name | |
|---|---|
| Pajas vs County of Monterey | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

| Payment Terms |
|---|
| Due upon receipt |

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|    Officer Jeffrey Colon | | | 452.55 |
|    Miscellaneous Pay | | 1.00 | -554.20 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|    Deputy Catherine McGrew | | | 636.35 |

*ENTERED BY: on 9/5/17*

**TOTAL DUE >>>   $534.70**

This invoice is the balance due from invoice 29917 for services not billed.. We apologize for any inconvenience.

Thank you for your business.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$534.70** |

There was an error in the billing on the previous invoice in this case, and you were not billed the correct amount. We have subtracted the amount that you paid, and the balance due is $534.70. We apologize for the inconvenience you have been caused.
Thank you.

**Tax ID:** 35-2578953                                         Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

| | | |
|---|---|---|
| Invoice No. | : | 30071 |
| Invoice Date | : | 9/2/2017 |
| **Total Due** | : | **$ 534.70** |

| | | |
|---|---|---|
| Remit To: | **Court Reporters Unlimited** | |
| | **301 North Lake Avenue** | |
| | **Suite 150** | |
| | **Pasadena, CA  91101** | |

| | | |
|---|---|---|
| Job No. | : | 36143 |
| BU ID | : | CRU |
| Case No. | : | 16-CV-00945-LHK |
| Case Name | : | Pajas vs County of Monterey |

RECEIVED JUL 14 2017

*8-30-17* **INVOICE**

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA  91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29846 | 7/12/2017 | 36144 |
| **Job Date** | **Case No.** | |
| 5/31/2017 | 16-CV-00945-LHK | |
| **Case Name** | | |
| Pajas vs County of Monterey | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

1 CERTIFIED COPY OF TRANSCRIPT OF:
    DEPUTY NORA QUINTERO, May 31, 2017                                    612.30

                                                    **TOTAL DUE  >>>          $612.30**

Thank you for your business.

*ENTERED ON: 9/1/17*
BY:

OK

**Tax ID:** 35-2578953                                                      Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

Invoice No.    :  29846
Invoice Date  :  7/12/2017
**Total Due**     :  **$ 612.30**

Remit To:  **Court Reporters Unlimited**
           **301 North Lake Avenue**
           **Suite 150**
           **Pasadena, CA  91101**

Job No.      :  36144
BU ID        :  CRU
Case No.     :  16-CV-00945-LHK
Case Name  :  Pajas vs County of Monterey

11-1-17

# INVOICE

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA 91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29970 | 8/16/2017 | 36409 |
| **Job Date** | **Case No.** | |
| 7/20/2017 | 16-CV-00945-LHK | |
| **Case Name** | | |
| Pajas vs County of Monterey | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

1 CERTIFIED COPY OF TRANSCRIPT OF:
Sheriff Steven Bernal

599.55

**TOTAL DUE >>>**      **$599.55**

Thank you for your business.

(-) Payments/Credits:      0.00
(+) Finance Charges/Debits:      0.00
(=) New Balance:      **$599.55**

Tax ID: 35-2578953

Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

Invoice No.   :  29970
Invoice Date   :  8/16/2017
**Total Due**   :  **$ 599.55**

Remit To: **Court Reporters Unlimited**
         **301 North Lake Avenue**
         **Suite 150**
         **Pasadena, CA 91101**

Job No.   :  36409
BU ID   :  CRU
Case No.   :  16-CV-00945-LHK
Case Name   :  Pajas vs County of Monterey

# INVOICE

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA 91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29943 | 8/7/2017 | 36272 |
| **Job Date** | **Case No.** | |
| 6/23/2017 | 16-CV-00945-LHK | |
| **Case Name** | | |
| Pajas vs County of Monterey | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

1 CERTIFIED COPY OF TRANSCRIPT OF:

Sgt Kathleen Palazzolo                                          960.70

**TOTAL DUE >>>**          **$960.70**

Thank you for your business.

(-) Payments/Credits:          0.00
(+) Finance Charges/Debits:          0.00
(=) New Balance:          **$960.70**

**Tax ID:** 35-2578953                                          Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

| | | |
|---|---|---|
| Invoice No. | : | 29943 |
| Invoice Date | : | 8/7/2017 |
| **Total Due** | : | **$ 960.70** |

Remit To: **Court Reporters Unlimited**
**301 North Lake Avenue**
**Suite 150**
**Pasadena, CA 91101**

| | | |
|---|---|---|
| Job No. | : | 36272 |
| BU ID | : | CRU |
| Case No. | : | 16-CV-00945-LHK |
| Case Name | : | Pajas vs County of Monterey |

RECEIVED JAN 2 9 2018

# I N V O I C E

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA 91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30548 | 1/26/2018 | 36952 |
| **Job Date** | **Case No.** | |
| 1/2/2018 | 16-CV-00945-LHK | |
| **Case Name** | | |
| Pajas vs County of Monterey | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    PMK LENARD VARE                                             1,299.22

                                    TOTAL DUE  >>>        $1,299.22

Thank you for your business.

OK

ENTERED ON 2.2.18

---

Tax ID: 35-2578953                          Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

| | | |
|---|---|---|
| Invoice No. | : | 30548 |
| Invoice Date | : | 1/26/2018 |
| **Total Due** | : | **$ 1,299.22** |

Remit To: **Court Reporters Unlimited**
          **301 North Lake Avenue**
          **Suite 150**
          **Pasadena, CA 91101**

| | | |
|---|---|---|
| Job No. | : | 36952 |
| BU ID | : | CRU |
| Case No. | : | 16-CV-00945-LHK |
| Case Name | : | Pajas vs County of Monterey |

Absolute Court Reporters

# Invoice

80 Garden Court
Suite 270
Monterey, CA 93940

| Date | Invoice # |
|------|-----------|
| 2/13/2018 | 5338 |

| Bill To |
|---------|
| Sheuerman Martini Tabari<br>Attn: Alan Martini, Esq.<br>1033 Willow Street<br>San Jose, CA 95125 |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | | 2/13/2018 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | Reporter | 1 Certified Transcript of Dr. Marc Stern - 113 Pages - Taken on 1/23/2018 - Taken in the Matter of Pajas vs. County of Monterey, et al. - With Exhibits | 506.60 | 506.60 |

*OK*

*Pajas v. County of Monterey*

*ENTERED 2/21/18*

| | | | **Total** | $506.60 |

RECEIVED MAR 1 9 2018

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 516802 | 3/12/2018 | 433478 |
| **Job Date** | **Case No.** | |
| 2/1/2018 | | |
| **Case Name** | | |
| Pajas v. The County of Monterey | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

**BARKLEY**
Court Reporters
barkley.com

10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923
Tel 310 207 8000   Fax 877 244 7322

Alan Martini, Esq.
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose CA  95125

1 Certified Copy/Index transcript of deposition of:
  Teri Ransbury

494.20

TOTAL DUE  >>>          $494.20

||||||||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

||||||||||||||||||||||||||||||||||||||||||||||||||||

OK

Tax ID: 95-3312349                                    Phone: 408-288-9700    Fax:408-295-9900

*Please detach bottom portion and return with payment.*

Alan Martini, Esq.
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose CA  95125

Job No.      : 433478          BU ID      :.BCR - SF
Case No.     :
Case Name  : Pajas v. The County of Monterey

Invoice No. : 516802          Invoice Date : 3/12/2018
**Total Due  : $ 494.20**

Remit To: **Barkley Court Reporters**
             **10350 Santa Monica Blvd., Suite 200**
             **Los Angeles CA  90025-6923**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

RECEIVED MAR 2 2 2018

# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice* **INV1191641**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 3/19/2018 | **Client Number** | C08391 |
| **Terms** | Net 30 | **Esquire Office** | San Francisco |
| **Due Date** | 4/18/2018 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | L16-00079 |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose CA 95125

**Services Provided For**
Sheuerman Martini Tabari Zenere & Garvin - San Jose
Martini, Alan L
1033 Willow Street
San Jose CA 95125

| Job Date | Job ID | Job Location | | Case |
|---|---|---|---|---|
| 3/7/2018 | J1299321 | Los Angeles, CALIFORNIA | | ESTATE OF MARK VASQUEZ PAJAS, SR. V. COUNTY OF MO... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-M/T-WI | Larissa J. Mooney, M.D. | 70 | 3.95 | 276.50 |
| EXHIBITS W/TABS | Larissa J. Mooney, M.D. | 34 | 0.50 | 17.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Larissa J. Mooney, M.D. | 1 | 35.00 | 35.00 |
| CONDENSED TRANSCRIPT | Larissa J. Mooney, M.D. | 1 | 16.00 | 16.00 |
| HANDLING FEE | Larissa J. Mooney, M.D. | 1 | 50.00 | 50.00 |
| WITNESS READ & SIGN LETTER | Larissa J. Mooney, M.D. | 1 | 0.00 | 0.00 |

ENTERED on 3/26/18
BY:

| | |
|---|---|
| **Subtotal** | 394.50 |
| **Shipping Cost (FedEx)** | 22.95 |
| **Total** | 417.45 |
| **Amount Due** | $417.45 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

| | |
|---|---|
| **Remit to:** | |
| Esquire Deposition Solutions, LLC | |
| P. O. Box 846099 | |
| Dallas, TX 75284-6099 | |

| | |
|---|---|
| **Client Name** | Sheuerman Martini Tabari Zene... |
| **Client #** | C08391 |
| **Invoice #** | INV1191641 |
| **Invoice Date** | 3/19/2018 |
| **Due Date** | 4/18/2018 |
| **Amount Due** | $ 417.45 |

RECEIVED MAR 2 3 2018

# I N V O I C E

**B A R K L E Y**
Court Reporters

Los Angeles, CA 90025-6923

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 517989 | 3/21/2018 | 433463 |
| **Job Date** | **Case No.** | |
| 3/1/2018 | | |
| **Case Name** | | |
| Estate of Mark Vasquez Pajas | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Alan Martini, Esq.
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose CA 95125

1 Certified Copy/Index transcript of deposition of:
   Harlan Watkins, MD.

1,893.25

TOTAL DUE  >>>          **$1,893.25**

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

You are now able to submit your payment on our website.

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

OK

ENTERED 3/28/18
BY:

**Tax ID:** 95-3312349

Phone: 408-288-9700   Fax:408-295-9900

*Please detach bottom portion and return with payment.*

Alan Martini, Esq.
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose CA 95125

Job No.    : 433463          BU ID    :.BCR - SF
Case No.   :
Case Name  : Estate of Mark Vasquez Pajas

Invoice No. : 517989          Invoice Date :3/21/2018
**Total Due  : $ 1,893.25**

Remit To: **Barkley Court Reporters**
         **10350 Santa Monica Blvd., Suite 200**
         **Los Angeles CA  90025-6923**

| **PAYMENT WITH CREDIT CARD** | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 518323 | 3/26/2018 | 433465 |

| Job Date | Case No. |
|---|---|
| 3/9/2018 | |

**B A R K L E Y**
Court Reporters
barkley.com

10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923
Tel 800.222.1231 • Fax 877.841.7053

Alan Martini, Esq.
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose CA  95125

| Case Name |
|---|
| Estate of Mark Vasquez Pajas |

| Payment Terms |
|---|
| Net 30; Interest @ 1.5%/mo after 30 days |

1 Certified Copy/Index transcript of deposition of:
   Neal Benowitz, MD.

713.96

**TOTAL DUE  >>>**          **$713.96**

You are now able to submit your payment on our website.

ENTERED ON 4/2/18
BY:

OK

**Tax ID:** 95-3312349                    Phone: 408-288-9700   Fax:408-295-9900

---

*Please detach bottom portion and return with payment.*

Alan Martini, Esq.
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose CA  95125

| | | | |
|---|---|---|---|
| Job No. | : 433465 | BU ID | :.BCR - SF |
| Case No. | : | | |
| Case Name | : Estate of Mark Vasquez Pajas | | |

Invoice No. : 518323      Invoice Date :3/26/2018
**Total Due  : $ 713.96**

Remit To: **Barkley Court Reporters**
          **10350 Santa Monica Blvd., Suite 200**
          **Los Angeles CA  90025-6923**

| PAYMENT WITH CREDIT CARD | AMEX   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |



1325 Fourth Avenue, Suite 1840
Seattle, Washington 98101
206.287.9066

# STATEMENT

| Account No. | Date |
|---|---|
| C7223 | 5/22/2017 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $1,128.45 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$1,128.45** |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 4/5/2017 | 40814 | 610.95 | 3/27/2017 | Daniel Wasserman, M.D. | Estate of Mark Vasquez Pajas, Sr., et al. v. County of Monterey, et al. |
| 4/5/2017 | 40827 | 517.50 | 3/27/2017 | Daniel Wasserman, M.D. | Estate of Mark Vasquez Pajas, Sr., et al. v. County of Monterey, et al. |

**Tax ID:** 91-2101641

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

Account No.  :  C7223

Date  :  5/22/2017

**Total Due**  :  **$ 1,128.45**

ENTERED ON: _____
BY:

Remit To:  **BUELL REALTIME REPORTING, LLC**
**1325 Fourth Avenue**
**Suite 1840**
**Seattle, WA  98101**

*11-1-17*

# INVOICE

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA 91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30136 | 9/28/2017 | 36441 |

| Job Date | Case No. |
|---|---|
| 8/10/2017 | 16-CV-00945-LHK |

| Case Name |
|---|
| Pajas vs County of Monterey |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

| Payment Terms |
|---|
| Due upon receipt |

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    COMMANDER RONALD WILLIS                                                      379.25
1 CERTIFIED COPY OF TRANSCRIPT OF:
    CAPTAIN JIM BASS, VOLUME II                                                 565.00

                                                    **TOTAL DUE >>>**          **$944.25**

Thank you for your business.

Reporter: Talty CR

---

Tax ID: 35-2578953                                              Phone: 408-288-9700   Fax

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

Invoice No.   :   30136
Invoice Date  :   9/28/2017
**Total Due**  :   **$ 944.25**

Remit To: **Court Reporters Unlimited**
          **301 North Lake Avenue**
          **Suite 150**
          **Pasadena, CA 91101**

Job No.     :   36441
BU ID       :   CRU
Case No.    :   16-CV-00945-LHK
Case Name   :   Pajas vs County of Monterey

# INVOICE

Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA  91101
Phone:(626) 796-1996   Fax:(626) 792-8760

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30720 | 3/26/2018 | 37032 |
| **Job Date** | **Case No.** | |
| 2/26/2018 | 16-CV-00945-LHK | |
| **Case Name** | | |
| Pajas vs County of Monterey | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

Kimberly Pearson, RN                                                           681.00

**TOTAL DUE  >>>**                          **$681.00**

Thank you for your business.

(-) Payments/Credits:                        0.00
(+) Finance Charges/Debits:                  0.00
(=) New Balance:                          **$681.00**

---

**Tax ID:** 35-2578953                                              Phone: 408-288-9700   Fax:

*Please detach bottom portion and return with payment.*

Alan L. Martini
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA  95125

| | | |
|---|---|---|
| Invoice No. | : | 30720 |
| Invoice Date | : | 3/26/2018 |
| **Total Due** | : | **$681.00** |

Remit To:   **Court Reporters Unlimited
301 North Lake Avenue
Suite 150
Pasadena, CA  91101**

| | | |
|---|---|---|
| Job No. | : | 37032 |
| BU ID | : | CRU |
| Case No. | : | 16-CV-00945-LHK |
| Case Name | : | Pajas vs County of Monterey |