Alan L. Martini, SB No. 77316
Marc G. Cowden, SB No. 169391
SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN
A Professional Corporation
1033 Willow Street
San Jose, California 95125
Telephone (408) 288-9700
Facsimile (408) 295-9900
Email: amartini@smtlaw.com
mcowden@smtlaw.com

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL
GROUP, INC.; CHRISTINA KAUPP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF MARK VASQUEZ PAJAS, SR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY et al., <br><br> Defendants. | Case No.: 16-cv-00945 BLF <br><br> **STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL AND ORDER THEREON** |

Plaintiffs ESTATE OF MARK VASQUEZ PAJAS, SR., deceased, by and through ROSEMARY LOPEZ, as Administrator; ROSEMARY LOPEZ; YVETTE PAJAS; MARK PAJAS, JR.; JANEL PAJAS; XAVIER PAJAS and Defendants, CALIFORNIA FORENSIC MEDICAL GROUP, INC. and CHRISTINA KAUPP, by and through their counsel of record, hereby stipulate to the terms and conditions on this stipulation and jointly request that the court enter its Order at the end of this document.

WHEREAS, the Court entered Judgment in favor of Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and CHRISTINA KAUPP and against Plaintiffs ESTATE OF MARK VASQUEZ PAJAS, SR., deceased, by and through ROSEMARY LOPEZ, as Administrator,

1

Case No. 5:16-cv-00945 BLF -
STIPULATION FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL AND ORDER THEREON

ROSEMARY LOPEZ; YVETTE PAJAS; MARK PAJAS, JR.; JANEL PAJAS; XAVIER PAJAS on February 20, 2019; and

WHEREAS, Defendants filed their Bill of Costs on March 6, 2019; and

WHEREAS, Plaintiffs have a right to appeal the Court's Judgment before the Court of Appeals.

THEREFORE, the parties agree as follows:

Plaintiffs agree to waive their right to all appealable issues arising in and from this action, including but not limited to the February 20, 2019 Judgment in exchange for Defendants' waiver of all claims for costs arising from this litigation, including those in their Bill of Costs filed March 6, 2019.

IT IS SO STIPULATED.

Dated: March 19, 2019

HADSELL STOMER & RENICK LLP

By: _____
Dan Stormer
Lori Rifkin
Jordyn Bishop
Shaleen Shanbhag
Attorneys for Plaintiffs

Dated: March 19, 2019

SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN

By: _____
Alan L. Martini
Marc G. Cowden
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.
AND CHRISTINA KAUPP

ORDER

Upon good cause being shown as set forth in the stipulation of counsel for the parties, the Court hereby adopts the stipulation.

PURSUANT TO STIPULATION , IT IS SO ORDERED.

Dated: _____

BETH LABSON FREEMAN
United States District Judge