# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARK VASQUEZ PAJAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF MONTEREY, et al., <br><br> Defendants. | Case No. 16-cv-00945-BLF <br><br> **ORDER DIRECTING PLAINTIFFS TO FILE DISMISSAL OR STATUS REPORT RE SETTLEMENT ON OR BEFORE APRIL 26, 2019** |

On March 22, 2019, the Court issued an order directing Plaintiffs to file a dismissal of the only remaining defendant, County of Santa Clara, or a status report re settlement, on or before April 22, 2019. *See* ECF 304. Plaintiffs did not comply with the Court's order.

Plaintiffs SHALL file a dismissal or a status report re settlement on or before April 26, 2019.

**IT IS SO ORDERED.**

Dated: April 23, 2019

_____
BETH LABSON FREEMAN
United States District Judge