Dan Stormer, Esq. [S.B. #101967]
Shaleen Shanbhag, Esq. [301047]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
sshanbhag@hadsellstormer.com

Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: lrifkin@hadsellstormer.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MARK VASQUEZ PAJAS, SR., deceased, by and through ROSEMARY LOPEZ, as Administrator; ROSEMARY LOPEZ; YVETTE PAJAS; MARK PAJAS, JR.; JANEL PAJAS; XAVIER PAJAS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; SHERIFF STEVE BERNAL, in his individual and official capacity; CALIFORNIA FORENSIC MEDICAL GROUP; CHRISTINA KAUPP; and DOES 1-20,<br><br>Defendants. | Case No.: 16-CV-00945-BLF<br>[Related to Case No.: CV-14-05481-BLF]<br><br>[Assigned to the Honorable Beth Labson Freeman - Courtroom 3]<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**<br><br>Complaint filed: February 25, 2016<br>Trial Date: January 28, 2019 |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that Plaintiffs hereby move to dismiss the above-captioned action |
| 2 | with prejudice pursuant to FRCP 41(a)(2). |

Except as provided in the settlement agreements executed between Plaintiffs and Defendants, each party is to bear its own costs and attorney's fees.

Dated: April 25, 2019

Respectfully submitted,
HADSELL STORMER & RENICK LLP

By /s/ Dan Stormer
    Dan Stormer
    Lori Rifkin
    Shaleen Shanbhag
Attorneys for Plaintiffs