Dan Stormer, Esq. [S.B. #101967]
Shaleen Shanbhag, Esq. [301047]
HADSELL STORMER & RENICK LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
             sshanbhag@hadsellstormer.com

Lori Rifkin, Esq. [S.B. # 244081]
HADSELL STORMER & RENICK LLP
4300 Horton Street, #15
Emeryville, CA 94608
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: lrifkin@hadsellstormer.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MARK VASQUEZ PAJAS, SR., deceased, by and through ROSEMARY LOPEZ, as Administrator; ROSEMARY LOPEZ; YVETTE PAJAS; MARK PAJAS, JR.; JANEL PAJAS; XAVIER PAJAS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MONTEREY; SHERIFF STEVE BERNAL, in his individual and official capacity; CALIFORNIA FORENSIC MEDICAL GROUP; CHRISTINA KAUPP; and DOES 1-20,<br><br>Defendants. | Case No.: 16-CV-00945-BLF<br>[Related to Case No.:  CV-14-05481-BLF]<br><br>[Assigned to the Honorable Beth Labson Freeman - Courtroom 3]<br><br>[PROPOSED] **ORDER RE: DISMISSAL OF ENTIRE ACTION**<br><br>Complaint filed:     February 25, 2016<br>Trial Date:           January 28, 2019 |

---

[PROPOSED] ORDER RE:
DISMISSAL OF ENTIRE ACTION

Case No.: 16-CV-00945 -BLF

## [PROPOSED] ORDER

The Court having received Plaintiffs' Notice of Voluntary Dismissal pursuant to FRCP (a)(2), it is hereby ordered that this action is dismissed in its entirety with prejudice.

Except as provided in the settlement agreements executed between Plaintiffs and Defendants, each party is to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: April 25, 2019                    By _____
                                            The Honorable Beth Labson Freeman
                                            United States District Judge